Michele Haydel Gehrke (SBN 215647)
mgehrke@reedsmith.com
Garrett C. Parks (SBN 297971)
gparks@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant,
UNITED AIRLINES, INC.

Angela M. Alioto (SBN 130328)
Steven L. Robinson (SBN 116146)
Angela Mia Veronese (SBN 269942)
LAW OFFICES OF JOSEPH L. ALIOTO AND
ANGELA ALIOTO
700 Montgomery Street
San Francisco, CA 94111-2104
Telephone: (415) 434-8700
Email: srobinson@aliotolawoffice.com

Attorneys for Plaintiff,
KULJEET KHAIRA VAN VERSENDAAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULJEET KHAIRA VAN VERSENDAAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-10834-LB<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING REMOTE APPEARANCE AT FEBRUARY 26, 2026 HEARING REGARDING DEFENDANT UNITED AIRLINES, INC.'S PARTIAL MOTION TO DISMISS**<br><br>[ASSIGNED TO JUDGE HON. LAUREL BEELER] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

Pursuant to the Court's Standing Order, Plaintiff Kuljeet Khaira Van Versendaal ("Plaintiff") and Defendant United Airlines, Inc. ("United" or "Defendant") (collectively, "the Parties") stipulate to remote appearance by video conference for the upcoming hearing on United's Partial Motion to Dismiss currently scheduled for February 26, 2026, at 9:30 a.m. in Courtroom B in front of Judge Hon. Laurel Beeler.

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties as follows:

The Parties may appear remotely by video conference for the hearing on United's Partial Motion to Dismiss currently scheduled for February 26, 2026, at 9:30 a.m. in Courtroom B in front of Judge Hon. Laurel Beeler.

**IT IS SO STIPULATED.**

Dated: February 06, 2026                               **REED SMITH LLP**

                                                        By:   /s/ Jeffrey Elkrief
                                                        Michele Haydel Gehrke.
                                                        Garrett C. Parks
                                                        Jeffrey Elkrief
                                                        *Attorneys for Defendant*
                                                        *United Airlines, Inc.*


Dated: February 06, 2026                               **LAW OFFICES OF JOSEPH L. ALIOTO AND ANGELA ALIOTO**

                                                        By:   /s/ Steven Robinson
                                                        Angela M. Alioto
                                                        Steven Robinson
                                                        Angela Mia Veronese
                                                        *Attorneys for Plaintiff*
                                                        *Kuljeet Khaira Van Versendaal*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

STIP AND [PROPOSED] ORDER PERMITTING REMOTE APPEARANCE – 3:25-CV-10834-LB

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [PROPOSED] ORDER

Having considered the Parties' Stipulation to permit remote appearance by video conference at the hearing on Defendant United Airlines, Inc.'s Partial Motion to Dismiss scheduled for February 26, 2026, at 9:30 a.m., and finding good cause therefor, the Court ORDERS as follows:

The Stipulation for remote appearance by video conference is **GRANTED**. All counsel of record may appear via Zoom video conference for the hearing on Defendant United Airlines, Inc.'s Partial Motion to Dismiss scheduled for February 26, 2026, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: February 6, 2026

HON. LAUREL BEELER
United States Magistrate Judge

STIP AND [PROPOSED] ORDER PERMITTING REMOTE APPEARANCE – 3:25-CV-10834-LB